IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01621-WYD-MJW

BONNIE DEPEW,

Plaintiff(s),

v.

AMERISTAR CASINOS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Unopposed Motion for Leave to File an Amended Complaint and Jury Demand (docket no. 19) is GRANTED finding good cause shown and finding no objection by Defendant. The Amended Complaint and Jury Demand (docket no. 19-1) is accepted for filing as of the date of this minute order.

Date: September 13, 2011