IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01621-WYD-MJW

BONNIE DEPEW,

Plaintiff(s),

v.

AMERISTAR CASINOS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion to Vacate Settlement Conference, DN 26, filed with the Court on October 18, 2011, is GRANTED. The Settlement Conference set on October 20, 2011 at 1:30 p.m., before Magistrate Judge Watanabe is VACATED. Counsel shall file a written status report with the court on or before October 26, 2011, advising the court of the outcome of their private mediation session.

Date:   October 19, 2011