## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-01621-WYD-MJW

BONNIE DEPEW,

      Plaintiff,

v.

AMERISTAR CASINOS, INC., and
AMERISTAR CASINO BLACK HAWK, INC.,

      Defendants.

_____

## STIPULATION FOR DISMISSAL
_____

The Parties, by and through their respective counsel, hereby stipulate to dismiss this action WITH PREJUDICE, and state as follows:

1.      Plaintiff and Defendant participated in a private mediation on October 20, 2011, at which time the parties reached a settlement of all claims.

2.      At this time, the parties jointly agree to dismiss the case with prejudice, each side to pay her and its own fees and costs.

WHEREFORE, the parties respectfully request this Court to dismiss this action WITH PREJUDICE pursuant to FRCP 41(a).

Respectfully submitted this 27th day of October 2011.

BY THE PARTIES:

KILLMER, LANE & NEWMAN, LLP          HOLME, ROBERTS & OWEN, LLP

*s/Mari Newman*                    *s/K. Preston Oade*

_____     _____
Mari Newman                        K. Preston Oade, Esq.
Darold Killmer                      HOLME, ROBERTS & OWEN, LLP

KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
mnewman@kln-law.com
dkillmer@kln-law.com

ATTORNEYS FOR PLAINTIFF

1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541
Preston.Oade@hro.com

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2011, I electronically filed the foregoing **STIPULATION FOR DISMISSAL** with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing the following e-mail addresses:

K. Preston Oade, Esq.
HOLME, ROBERTS & OWEN, LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541
Preston.Oade@hro.com

KILLMER, LANE & NEWMAN, LLP

*s/ Jesse Askeland*

Jesse Askeland