IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01621-WYD-MJW

BONNIE DEPEW,

    Plaintiff,

v.

AMERISTAR CASINOS, INC.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation for Dismissal filed October 28, 2011.  The Stipulation seeks a dismissal of the case with prejudice.  The Court, having reviewed the Stipulation and being fully advised in the premises,

ORDERS that the Stipulation for Dismissal is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each side to pay her and its own fees and costs.

Dated:  October 28, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE